IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERI L. SHYU, aka CHERI FU, and THOMAS CHIA FU,<br><br>Defendants. | Case No. SACR 11-59-CJC-1<br><br>**[PROPOSED] ORDER MODIFYING BAIL CONDITIONS OF DEFENDANT CHERI FU TO PERMIT TRAVEL** |

**GOOD CAUSE** appearing and upon the parties' stipulation, IT IS HEREBY ORDERED that:

The bail conditions of pretrial release for Defendant Cheri Fu are modified to permit her to travel to China from June 2, 2012 to June 26, 2012 and release of her passport as set forth in the Stipulation to Amend Bail Conditions of Defendant Cheri Fu to Permit Travel, Declaration of Ariana Seldman Hawbecker, and Exhibit A attached thereto filed on May 30, 2012.

DATED: June 01, 2012    _____
HON. CORMAC J. CARNEY
United States District Judge